IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/20/2021_

| | |
|---|---|
| CARDIOVASCULAR RESEARCH FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>THE MEDICAL COLLEGE OF WISCONSIN, INC., AMERICAN SOCIETY FOR TRANSPLANTATION AND CELLULAR THERAPY, and NATIONAL MARROW DONAR PROGRAM, d/b/a THE CENTER FOR INTERNATIONAL BLOOD AND MARROW TRANSPLANT RESEARCH<br><br>Defendant. | Case No. 1:21-cv-02967<br><br>TRIAL BY JURY DEMANDED |

## ORDER

Based upon the parties' Waiver Service of Summons and Stipulation Regarding Time to File Answer, and for good cause shown, it is now ORDERED that Defendant MCW and ASTCT have, as of April 7, 2021, been served a copy of the Summons, Civil Cover Sheet, Complaint, Exhibits, Plaintiff's Rule 7.1 Disclosure Statement and Form AO-120 in the above-captioned matter, and shall have until Wednesday, July 7, 2021, to answer or otherwise respond to the Complaint. Defendants preserve all defenses and objections other than a defense to service of the Summons and Complaint.

SO ORDERED.

Dated: April 20, 2021
    New York, New York

_____
ANALISA TORRES
United States District Judge