NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA



*FIRM and AFFILIATE OFFICES*

GREGORY P. GULIA
DIRECT DIAL: 212.692.1027
PERSONAL FAX: 212.202.6014
E-MAIL: gpgulia@duanemorris.com

www.duanemorris.com

NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2021

May 27, 2021

**BY ECF AND EMAIL**
(Torres_NYSDChambers@nysd.uscourts.gov)

Hon. Analisa Torres
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:   *Cardiovascular Research Foundation v. The Medical College of Wisconsin, Inc. et al*
             (Civil Action No.: 1:21-cv-02967 (AT)

Dear Judge Torres:

    We submit this letter on behalf of plaintiff Cardiovascular Research Foundation ("Plaintiff") and defendants Medical College of Wisconsin, Inc., American Society for Transplantation and Cellular Therapy and National Marrow Donor Program doing business as Center for International Blood and Marrow Transplant Research (collectively, "Defendants") ("Plaintiff" and "Defendants" are hereinafter collectively referred to as the "Parties"), to respectfully request that Your Honor adjourn the Initial Pre-Trial Conference scheduled for June 8, 2021 and extend the deadlines set forth in the Court's Orders dated April 20, 2021 by 30 days as proposed below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Parties' Joint Letter and jointly proposed Case Management Plan and Scheduling Order | June 1, 2021 | July 1, 2021 |

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086      PHONE: +1 212 692 1000   FAX: +1 212 692 1020

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Parties must indicate whether they consent or decline to have this case tried before a Magistrate | June 1, 2021 | July 1, 2021 |
| Initial Pretrial Conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure | June 8, 2021 at 10:40 a.m. | July 8, 2021 |

      This request is the Parties' first request to extend the aforementioned deadlines. This request is sought on the grounds that the Parties are currently engaged in settlement discussions, but require some additional time to negotiate a settlement. The requested extension is not being sought for the purpose of delay, but so that the Parties can negotiate the terms of settlement and finalize and execute a settlement agreement.

      We thank Your Honor for your consideration of this request.

                                        Respectfully submitted,

                                        /s/ Gregory P. Gulia
                                        Gregory P. Gulia

GPG:slj

cc:    Counsel of Record


GRANTED. The Court adopts the joint proposed schedule. The initial pretrial conference scheduled for June 8, 2021, is ADJOURNED to **July 8, 2021**, at **10:40 a.m.**

SO ORDERED.

Dated:  June 7, 2021
          New York, New York

_____
**ANALISA TORRES**
United States District Judge