USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/28/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARDIOVASCULAR RESEARCH FOUNDATION,

        Plaintiff,

-against-

THE MEDICAL COLLEGE OF WISCONSIN, INC., AMERICAN SOCIETY FOR TRANSPLANTATION AND CELLULAR THERAPY, and NATIONAL MARROW DONOR PROGRAM d/b/a THE CENTER FOR INTERNATIONAL BLOOD AND MARROW TRANSPLANT RESEARCH,

        Defendants.

21 Civ. 2967 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been advised that the parties have reached a settlement in principle. ECF No. 28. The above-titled action shall be dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty days of the date of this Order if the settlement is not consummated.

    Any application to reopen must be filed <u>within sixty days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same sixty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: June 28, 2021
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge